# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| TANYA MONARCA, | : | No. 371 MAL 2020 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| ANNIE'S EXPRESS LAUNDRY, LLC, | : | |
| Respondent | : | |
| TANYA MONARCA, | : | No. 372 MAL 2020 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| ANNIE'S EXPRESS LAUNDRY, LLC, | : | |
| Respondent | : | |
| TANYA MONARCA, | : | No. 373 MAL 2020 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| ANNIE'S EXPRESS LAUNDRY, LLC, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 31st day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.